# EXHIBIT B

United States District Court
District of Massachusetts

Holt Systems, Inc.
  Plaintiff

v.                                  No. 00-12240 REK

Hydrofab, Inc.
 et als

        Defendants

Settlement Agreement

The parties agree to settle all claims as follows:

1. All claims of all parties will be dismissed with prejudice;

2. The non-competition agreement between Holt and Pastore is rescinded and voided, and Pastore may compete with Holt so long as Pastore does not infringe any patent sold to Holt by Pastore and Hydrofab.

and Pastore agrees not to solicit or use the services of Paul Meeks, Jeff Sanger, Yousoff Moseli, George Kellug, Roy Chessman or any other agent or representative of or under contract with HoH at the present time so long as they remain under contract with HoH

3. Each of the parties agrees not to make any disparaging comments about the other.

4. Each of the parties shall bear their own costs and attorneys fees.

Dated at Boston this 14th day of May, 2001.

_____          _____
James Brown,                        Joseph Pastore,
individually and                    individually and
on behalf of                        on behalf of
HoH Systems                         Hydro Fed, Inc.

_____
A. David Mazzone
United States District Judge

Peter Brock,
attorney for
Brown of
HoH

## NOTICE OF MEDIATION

### UNITED STATES DISTRICT COURT
FOR THE

### DISTRICT OF MASSACHUSETTS

HOH Systems, Inc.,
    Plaintiff,

v.

CIVIL ACTION NO. 00-12240-REK

Hydrofab, Inc., et al.,
    Defendants.

TAKE NOTICE that the above-entitled case has been <u>scheduled</u> for **MEDIATION** with <u>principals</u> present at <u>10:30 a.m., Monday, May 14, 2001</u> in Courtroom 17 on the fifth floor of the United States District Courthouse, 1 Courthouse Way, Fan Pier, Boston, Massachusetts. The Honorable A. David Mazzone will be the mediator.

April 26, 2001

Tony Anastas, Clerk

By: _____

Deputy Clerk

To:    ALL COUNSEL OF RECORD




# INFORMATION ABOUT MEDIATION

## PREPARATION FOR MEDIATION

Your case has been assigned to Judge A. David Mazzone for mediation. Judge Mazzone accepts, but does not require, submissions that would aid him in resolving the case. A party who elects to submit a mediation memorandum may choose whether to provide it in confidence only to the Judge or to send it to opposing counsel as well. In either case, memoranda should be delivered directly to The Honorable A. David Mazzone, United States District Court, 1 Courthouse Way, Suite 5730, Boston, Massachusetts, 02210. Submissions should not be filed with the Clerk's Office. Judge Mazzone appreciates receiving brief memoranda, at the latest, two days in advance of the mediation in the morning.

Each memorandum shall be held in confidence by the court and shall be discarded at the conclusion of the mediation. Please direct any questions about mediation memoranda to Amy Bressler Nee at Judge Mazzone's chambers, (617) 748-9109.

## THE MEDIATION PROCESS

Mediation is a voluntary, confidential process. Counsel should be present with their clients with full authority to settle. The court should be consulted ahead of time about any client's inability to be present.

At the mediation, the Judge will meet with all participants together to explain the mediation process and engage in an initial discussion of the case. Subsequently, the Judge will have a series of private meetings with counsel and clients on each side separately to explore possibilities of settlement. After a series of such private meetings, the Judge will bring the participants together to conclude the process.

The Judge does not regard mediation as an evidentiary hearing. Counsel are discouraged from bringing posters, videos, computer or slide presentations, audio tapes, etc.

Possible outcomes of mediation include, among others, settling all or part of the case, determining that no settlement is currently possible, or identifying a strategy for making the case ready for more productive settlement efforts.

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

HOH Systems, Inc.,
    Plaintiff

CA00-12240REK

v.

Hydrofab, Inc.,
    Defendant

### NOTICE

**KEETON   D.J.**

**PLEASE TAKE NOTICE** that the above entitled matter has been set for a hearing on motion to withdraw counsel (#31, motion for leave to terminate representation) on Thursday, May 10, 2001 at 12:00 noon, before the Honorable Robert E. Keeton in courtroom #3 on the 3rd floor.

TONY ANASTAS, CLERK

4/27/2001   By: _____
Date        Deputy Clerk

Notice mailed to: all counsel

(notice.frm - 10/96)                                    [ntchrgcnf.]


