# EXHIBIT C

Contract Proposal

Reiss International, Ltd.
Thomas J. Reiss Jr.
319 Hart St.
Watertown, WI 53094


       I, Joseph Pastore of 2816 W. Crown Pte. Blvd., Naples Fl. 34112, to sell and and convay
       My rights to the Trash Rack business in the United States and all my knowledge to same,I
       Will work with the Reiss company for 90 days with no pay, only direct expenses.
       According to the U.S. Court Settlement Agreement dated May 14th,2001, by the U.S. Judge
       A.David Mazzone in the United States District Court of Massachusetts, a copy with this
       Contract proposal signed by all parties James Brown and Peter Brooks his Lawyer, Judge
       A. David Mazzone and myself.A notice of mediation from the court and a letter from my
       Attorney AllenBrufsky approval of the sale and transfer of the Settlement Agreement, to
       Reiss Industries and Tom Reiss dated Nov.29,2001.
       I Joseph Pastore will add the rights for the Flash Boards on Dams for the U.S.only under
       My Patent # 5692451 U.S.
       For all of this my request is $10,000. on signing of this contract then 2,000. per month
       For 12 years.
       I have the information to start another Patent in which will be turned over to the buyer
       At the signing of the Trash Rack contract,expenses of Patent is to paid by buyer.
       If for any reason the payments of the sale stop, this Contract agreement reverts back to me or
       My wife Mary E. Pastore


    Witness
International Ltd.                                                                          Reiss

Reiss Jr.                                                                                       Thomas J.

                        Witness                                                 Joseph
Pastore



**Post-it® Fax Note  7671**

| | |
|---|---|
| Date 12/10/01 | # of pages ▶ 6 |
| To John Breslin | From T. Reiss |
| Co./Dept. Laminations | Co. Reiss Int'l |
| Phone # | Phone # 920-261-7975 |
| Fax # 570-348-2963 | Fax # 920-261-8357 |

# ADVANCED MARINE TECH

CONTRACT-PROPOSAL

December 3, 2001

Reiss International, LTD.
Thomas J. Reiss Jr.
319 Hart Street
Watertown, WI. 53094

I Joseph Pastore of Naples, Fl. 34112, To sell and convay my rights to the
Trash Rack business in United States, and all my knowledge to same.
Also I will work with with the Reiss company for 90 days with no pay ,only
direct expenses.
According to the U.S. Court Settlement Agreement dated May, 14, 2001, by
the U.S. Judge A.Daved Mozzone in the U.S. District Court of Massachusetts.
A copy with this contract proposal, signd by all parties, James Brown,
Peter Brooks his Lawyer, Judge A.David Mazzone, and myself.
Also a notice of mediation from the, and a letter from my Attorney,
Allen D. D. Brufsky aprovel of the sale and transfer of the Settlement
Agreement to Reiss Industries and Tom Reiss, dated November 29, 2001.
I Joseph Pastore also will add the Rep. rights for the Flash Boards on
Hydro Dams for the U.S. only, under my Patent #5692451 U.S.
I Joseph Pastore have the information, and knowledge to much improve a
new Trash Rack Patent which will be turned over to the buyer of this
Trash Rack contract. Expenses of new Patent is to be paid by the byer.
For all of this my reqest is ($10,000.00)on signing of this contract, then
($2,000.00) per. month for 12 years.
If for any reasonthe payments stop this contract agreement reverts back me
Joseph Pastore ormy wife Mary E. Pastore.
Thank you.

Witness sign.                                   Reiss Internatanal LTD.
                                                Thomas J. Reiss Jr.

*Mary E. Pastore*                               *Joseph Pastore*
Witness sign.                                   Advanced Marine Tech.
                                                Joseph Pastore