AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

Joseph Pastore

V.

Reiss Industries, Ltd. dba Hydro Components & Systems, LLC and Lamintations, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**04 12374 REK**

TO: (Name and address of Defendant)

Laminations, Inc.
800 Penn Security Bank Building
142 North Washington Avenue
Scranton, Pennsylvania 18503

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John Christopher
CHRISTOPHER & WEISBERG, P.A.
200 East Las Olas Boulevard, Suite 2040
Fort Lauderdale, Florida 33301

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | January 7, 2005 |
| NAME OF SERVER *(PRINT)* <br> Allen D. Brufsky | TITLE <br> Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:


☒ Other (specify): Sent via Certified Mail, Return Receipt Requested, No. 7002 2410 0004 7655 1260 addressed to: Laminations, Inc. P.O. Box 2021, Scranton, PA 18501, pursuant to local Pennsylvania law.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   January 7, 2005     *(signature)*
          Date                 *Signature of Server*   Allen D. Brufsky

Christopher & Weisberg, P.A.
*Address of Server*
200 East Las Olas Boulevard, Suite 2040
Fort Lauderdale, FL  33301

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.