UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOSEPH PASTORE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 04-12374 REK |
| REISS INDUSTRIES, LTD. dba HYDRO COMPONENTS & SYSTEMS, LLC, and LAMINATIONS, INC. | ) ) ) ) ) | |
| Defendants. | ) ) | |

**STIPULATED MOTION FOR
ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND**

Pursuant to Fed. R. Civ. P. 6(b), Defendant Laminations, Inc. ("Laminations") hereby moves this Court for an enlargement of time to answer or otherwise respond to Plaintiff Joseph Pastore's Complaint. Laminations requests that this Court extend the deadline for responding to the Complaint to February 14, 2005, in order to give Laminations more time to compose its response. Counsel to Pastore has agreed and stipulated to this extension of time.

Respectfully submitted,

LAMINATIONS, INC.
By their attorneys,

/s/ Wendy S. Plotkin
Daniel C. Winston (BBO#562209)
Wendy S. Plotkin (BBO#647716)
Sara E. Solfanelli (BBO#658018)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, MA  02109
(617) 248-5000

3793556v1

## CERTIFICATION OF CONFERENCE

Pursuant to Local Rule 7.1(a)(2), I, Wendy S. Plotkin, hereby certify that Choate, Hall & Stewart has made a good-faith effort to confer on this issue with Plaintiff's counsel prior to filing this motion and that Plaintiff's counsel assents to this motion.

/s/ Wendy S. Plotkin
Wendy S. Plotkin

3793556v1