## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOSEPH PASTORE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 04-12374 REK |
| REISS INDUSTRIES, LTD. dba HYDRO COMPONENTS & SYSTEMS, LLC, and LAMINATIONS, INC. | ) ) ) ) ) | |
| Defendants. | ) ) | |

### STIPULATED MOTION FOR
### ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND

Pursuant to Fed. R. Civ. P. 6(b), Defendant Reiss Industries, Ltd. ("Reiss") hereby moves this Court for an enlargement of time to answer or otherwise respond to Plaintiff Joseph Pastore's Complaint. Reiss requests that this Court extend the deadline for responding to the Complaint to February 14, 2005, in order to give Reiss more time to compose its response. Counsel to Pastore has agreed and stipulated to this extension of time.

Respectfully submitted,

REISS INDUSTRIES, LTD.
By their attorneys,

/s/ Wendy S. Plotkin
Daniel C. Winston (BBO#562209)
Wendy S. Plotkin (BBO#647716)
Sara E. Solfanelli (BBO#658018)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, MA  02109
(617) 248-5000

3793660v1

        -and-

David G. Hanson
REINHART BOERNER VAN DEUREN S.C.
1000 North Water Street, Suite 2100
Milwaukee, WI 53202
(414) 298-1000


CERTIFICATION OF CONFERENCE

    Pursuant to Local Rule 7.1(a)(2), I, Wendy S. Plotkin, hereby certify that Choate, Hall & Stewart has made a good-faith effort to confer on this issue with Plaintiff's counsel prior to filing this motion and that Plaintiff's counsel assents to this motion.


        /s/ Wendy S. Plotkin
        Wendy S. Plotkin

3793660v1