UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
JOSEPH PASTORE                              )
                                            )
                Plaintiff,                  )
                                            )
        v.                                  )   C.A. No. 04-12374 REK
                                            )
                                            )
REISS INDUSTRIES, LTD. dba HYDRO            )
COMPONENTS & SYSTEMS, LLC, and              )
LAMINATIONS, INC.                           )
                                            )
                Defendants.                 )
_____)

## MOTION FOR LEAVE TO ADMIT
## DAVID G. HANSON AND AMY L. REICHELT *PRO HAC VICE*

The undersigned, counsel for Reiss Industries, Ltd. ("Reiss") and a member of the bar of this Court, hereby requests, pursuant to Local Rule 83.5.3(B), than David G. Hanson, Esq. and Amy L. Reichelt, Esq. be permitted to appear as counsel for Reiss and practice in this Court *pro hac vice*. The Certificates of Mr. Hanson and Ms. Reichelt in support of this application are submitted herewith.

Respectfully submitted this 1st day of March, 2005.

REISS INDUSTRIES, LTD.

By its attorneys,

/s/Wendy S. Plotkin
Daniel C. Winston (BBO#562209)
Wendy S. Plotkin (BBO#647716)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, MA  02109
(617) 248-5000

3822966v1

CERTIFICATE PURSUANT TO LOCAL RULE 7.1

    I certify that counsel for Reiss Industries, Ltd. conferred with counsel for Pastore on February 28, 2005 in an effort to resolve the issues presented in this motion and that counsel for Reiss assented to this motion.

                                       /s/ Wendy S. Plotkin
                                       Wendy S. Plotkin