UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOSEPH PASTORE, <br><br>        Plaintiff, <br><br>        v. <br><br>REISS INDUSTRIES, LTD. dba HYDRO COMPONENTS & SYSTEMS, LLC, and LAMINATIONS, INC. <br><br>        Defendants. | C.A. No. 04-12374 REK |

**CERTIFICATE OF AMY L. REICHELT IN
SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

Amy L. Reichelt, duly sworn on oath, states as follows:

1. I am an associate with the firm Reinhart, Boerner & Van Deuren, S.C., which is located at 1000 North Water Street, Suite 2100, Milwaukee, WI 53202.

2. I have been admitted to practice before the following courts in the years indicated:

> State of Wisconsin (2003)
> United States District Court, Eastern District of Wisconsin (2004)
> United States District Court, Western District of Wisconsin (2004)
> United States District Court, Northern District of Illinois (2004)

3. I am an attorney in good standing and eligible to practice in the above-referenced courts. I have not been suspended or disbarred in any jurisdiction, and no disciplinary actions are pending against me.

3827373v1

4.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 16th day of February, 2005.

_____
Amy L. Reichelt

3827373v1