UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH PASTORE<br><br>  Plaintiff,<br><br>v.<br><br>REISS INDUSTRIES, LTD. dba HYDRO COMPONENTS & SYSTEMS, LLC, and LAMINATIONS, INC.<br><br>  Defendants. | C.A. No. 04-12374 REK |

### CERTIFICATE OF DAVID G. HANSON IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

David G. Hanson, duly sworn on oath, states as follows:

1. I am a shareholder of the firm Reinhart Boerner Van Deuren s.c., which is located at 1000 North Water Street, Suite 2100, Milwaukee, WI 53202.

2. I have been admitted to practice before the following courts in the years indicated:

> Supreme Court of the State of Wisconsin (1992)
>
> United States District Court, Eastern District of Wisconsin (1992)
>
> United States District Court, Western District of Wisconsin (1992)
>
> United States District Court, Northern District of Illinois (August 16, 2000)
>
> United States Court of Appeals, Federal Circuit (July 23, 2002)
>
> United States Court of Appeals, Seventh Circuit (October 30, 1992)

3. I am an attorney in good standing and eligible to practice in the above-referenced courts. I have not been suspended or disbarred in any jurisdiction, and no disciplinary actions are pending against me.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under pains and penalties of perjury this 16th day of February, 2005.

_____
David G. Hanson

MW\1170063