UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH PASTORE, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>Reiss Industries, Ltd. dba Hydro )<br>Components & Systems, LLC, and )<br>Laminations, Inc., )<br>)<br>Defendants ) | Civil Action No. 04-12374 REK |

## STIPULATED MOTION FOR ENLARGEMENT OF TIME

Plaintiff, Joseph Pastore, hereby moves for an extension of time of fourteen (14) days from February 28, 2005 to file its response to Defendants' Motions to Dismiss for lack of personal jurisdiction and improper venue.

Plaintiff was not served with Defendants' papers until today, February 28, 2005, and Defendants join in not opposing this Motion for Enlargement of Time to respond.

Respectfully submitted,

John Christopher
Florida Bar No. 0493465
Massachusetts Bar No. 561163
CHRISTOPHER & WEISBERG, P.A.
200 East Las Olas Boulevard
Suite 2040
Fort Lauderdale, FL 33301
Phone: (954) 828-1488
Fax:   (954) 828-9122

Of Counsel:   Allen D. Brufsky
CHRISTOPHER & WEISBERG, P.A.
200 East Las Olas Boulevard
Suite 2040
Fort Lauderdale, FL 33301
Phone: (954) 828-1488
Fax:    (954) 828-9122

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing was served on Defendants' counsel Wendy S. Plotkin, via email to wplotkin@choate.com on this the 28th day of February, 2005.

30492

# CHOATE, HALL & STEWART LLP

EXCHANGE PLACE
53 STATE STREET
BOSTON, MASSACHUSETTS 02109-2804

T (617) 248-5000   F (617) 248-4000
www.choate.com

# TELECOPY TRANSMITTAL SHEET

NO. OF PAGES SENT:   26 (including this page)

DATE:   February 28, 2005

TO:   ALLEN BRUFSKY

FAX NO.:   (954) 828-9122

OFFICE NO.:

FROM:   WENDY S. PLOTKIN, ESQ.

This fax is being transmitted from a RAPICOM 230. If you do not receive all of the pages, or if any part is illegible, please call us at (617) 248-5096.

Time Sent: _____   Operator: _____   Client No.: 2006008-0001

REMARKS:   Attached, please find Laminations' and Reiss Industries' Motion to Dismiss. As we discussed, we assent to a two-week extension to file your reply. In addition, I plan on filing a Motion for Admission *Pro Hac Vice* for David G. Hanson and Amy L. Reichelt on behalf of Reiss this afternoon. Please let me know if you assent.

Wendy

THIS TRANSMITTAL IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS TRANSMITTAL IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE TRANSMITTAL TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US BY MAIL AT THE ABOVE ADDRESS. THANK YOU.

3813109_1.DOC