UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                       )
JOSEPH PASTORE,                        )
    Plaintiff                          )
                                       )
    v.                                 )   CIVIL ACTION
                                       )   NO. 04-12374-REK
REISS INDUSTRIES, LTD. d/b/a HYDRO     )
COMPONENTS & SYSTEMS, LLC, and         )
LAMINATIONS, INC.,                     )
    Defendants                         )
_____ )

**Final Judgment**
July 12, 2005

      For the reasons stated in the Memorandum and Order on this date, this case is

DISMISSED WITHOUT PREJUDICE.

Approved:                              By the Court,


_/s/Robert E. Keeton _____       /s/Karen Folan_____

Robert E. Keeton                       Karen Folan, Deputy Clerk
Senior United States District Judge